584

STATE OF NEW JERSEY v. ARTHUR JACKSON.

October 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. McCAWLEY.

October 16, 1973. Petition for certification denied.

ELIZABETH V. COLLINS v. UNIROYAL, INC.

October 16, 1973. Petition for certification granted.

HENRY WILLIAMS v. CIVIL SERVICE COMMISSION.

October 16, 1973. Petition for certification granted. (See 124 *N. J. Super.* 444)

STATE OF NEW JERSEY v. EDWARD TIRONE.

October 16, 1973. Petition for certification granted. (See 124 *N. J. Super.* 530)

BENJAMIN A. RIVERS v.
INTERNATIONAL SMELTING AND REFINING COMPANY.

October 16, 1973. Petition for certification denied.